UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TROY D. RUTLEDGE,
    Plaintiff,

v.                          Case No. 1:25cv228/MCR/ZCB

RICKY DIXON, et al.,
    Defendants.
_____/

## **ORDER**

Plaintiff is an inmate of the Florida Department of Corrections (FDOC) proceeding *pro se* and *in forma pauperis* (IFP) in this civil rights action. (Docs. 17, 13). On May 22, 2026, Plaintiff filed a motion requesting that the Court arrange service of process because of his indigent status. (Doc. 18).

Plaintiff's motion will be denied as premature because the Court is still in the process of screening his amended complaint (Doc. 17), as required by 28 U.S.C. §§ 1915(e)(2)(B), 1915A(a)-(b). After its screening duties are complete, the Court will determine whether service, amendment, or dismissal of Plaintiff's amended complaint is appropriate. Plaintiff is advised, however, that should his amended complaint survive screening, officers of the Court will effect service on Defendants. *See* 28

U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process, and perform all duties in [IFP] cases."). Thus, Plaintiff need not file a motion requesting appointment of a process server if the Court deems service appropriate.

Accordingly, it is **ORDERED** that Plaintiff's motion requesting service (Doc. 18) is **DENIED**.

**DONE AND ORDERED** this 22nd day of May 2026.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

2