**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**TROY D. RUTLEDGE,**
**Plaintiff,**

**v.** **Case No.: 1:25cv228-MCR-ZCB**

**WILLIAM E. FLETCHER, et al.,**
**Defendants.**
_______________________/

**ORDER**

The magistrate judge issued a Report and Recommendation dated June 1, 2026. ECF No. 20. The Court furnished the Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation, ECF No. 20, is adopted and incorporated by reference in this order.

2. The Eighth Amendment deliberate indifference claims in Count 3 of the amended complaint, ECF No. 17, are **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(ii)-(iii), 1915A(b)(1)-(2) for failure to state a plausible claim for relief and for seeking monetary relief against an immune Defendant.

3. As to Defendants Collins, Jones, Singh, and Tanner, the First Amendment retaliation claims in Count 1 of the amended complaint, ECF No. 17, are **DISMISSED** under 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1) for failure to state a plausible claim for relief.

4. This case is recommitted to the magistrate judge for further proceedings on the claims against Defendants Fletcher and Keaton in Count I (retaliation), and the claims against Defendants Collins, Jones, Singh, Bond, and Kennedy in Count II (failure to protect) of the amended complaint, ECF No. 17.

**DONE AND ORDERED** this 11th day of September 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**